```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                      TAMPA DIVISION
```

HOLLY REDMAN, Individually
and on Behalf of Others
Similarly Situated,

       Plaintiffs,
v.                       CASE NO.: 8:11-cv-2307-T-33MAP

BURGER KING CORPORATION,

       Defendant.
_____/

## **ORDER**

This matter is before the Court pursuant to the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. # 26), which was filed on June 5, 2012. For the reasons that follow, the Court grants the motion and dismisses this case with prejudice.

**I.**   **Background**

Plaintiff Holly Redman initiated this action against Burger King pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, in state court on September 13, 2011. (Doc. # 2). Defendant timely removed the action to this Court on October 12, 2011, based on the presence of a federal question. (Doc. # 1). On October 3, 2011, Plaintiff Ryan Redman filed a Consent to Join in this action, and on October 28, 2011, Plaintiff Heather Johnson filed a Consent to Join in this action.

Defendants maintain that during the lawsuit, Plaintiffs were provided with federal cases specifically finding that Burger King Assistant Managers are "bona fide executive" employees and are exempt from overtime pay under the FLSA. See e.g. Donovan v. Burger King Corp., 675 F.2d 516 (2d Cir. 1982). With each side represented by competent counsel, the parties agreed upon a settlement in which each Plaintiff will receive $133.33. In addition, the parties agree that no attorneys fees will be paid to Plaintiffs' attorney.

## II. Analysis

Plaintiffs alleges that Defendant violated the terms of the Fair Labor Standards Act. Accordingly, any settlement reached between the parties is subject to judicial scrutiny. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982).

Upon due consideration of the foregoing, the Court determines that the settlement reached is fair and reasonable. Accordingly, the Court approves the compromise reached by the parties in an effort to amicably settle this case. The settlement is a fair and reasonable compromise of the parties' dispute, and the case is dismissed with prejudice.

Accordingly, it is

**ORDERED ADJUDGED** and **DECREED** that:

(1) The parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. # 26) is **GRANTED**.

(2) The parties' settlement is approved. This case is **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>6th</u> day of June, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record